UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG-DONG FU, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZHI YANG, an individual; BVCF MANAGEMENT, LTD.; CUREPHARMA LTD.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-2050 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF No. 24) |

　　　Presently before the Court is Plaintiff Xiang-Dong Fu and Defendants Zhi Yang; BVCF Management, Ltd.; CurePharma Ltd.; and KurePharma Ltd.'s Joint Motion to Set the Briefing Schedule for Defendants' forthcoming Motion to Dismiss, (ECF No. 24). Good cause appearing, the Court **GRANTS** the Parties' Joint Motion. Defendants **SHALL** file a single Joint Motion to Dismiss on or before December 23, 2020. Plaintiff **SHALL**

///

///

///

///

file an Opposition thereto <u>on or before January 15, 2021</u>.  Defendants **MAY** file a reply in support of their motion <u>on or before January 29, 2021</u>.

   **IT IS SO ORDERED.**

Dated:  December 7, 2020

              *Janis L. Sammartino*
              Hon. Janis L. Sammartino
              United States District Judge