UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG-DONG FU, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZHI YANG, an individual; BVCF MANAGEMENT, LTD.; CUREPHARMA LTD.; KUREPHARMA, LTD.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2050 JLS (AHG)<br><br>**ORDER (1) GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY LITIGATION AND (2) DENYING PENDING MOTIONS WITHOUT PREJUDICE**<br><br>(ECF Nos. 12, 14, 32, 33, 39, 41, 51, 54, 56, 57, 60) |

　　　　Presently before the Court is Defendants Zhi Yang; BVCF Management, Ltd.; Curepharma, Ltd.; and Kurepharma, Ltd.'s Emergency Motion to Stay Proceeding Pending Resolution of the Hong Kong Court Proceeding (ECF No. 57).  Plaintiff Xiang-Dong Fu did not file an opposition to the Motion.  *See generally* Docket.  The Parties filed a Joint Stipulation, under order of the Hong Kong court, on January 15, 2021 (ECF No. 59).  The Parties stipulated "that the time for Plaintiff to file his Opposition to Defendants' Joint Motion to Dismiss and for Defendants to file their Opposition to Plaintiff's PI Motion, and all further steps in connection with those motions, be extended until resolution of the

///

Summons of Defendants CurePharma and KurePharma in Hong Kong filed on 16 December 2020 as amended on 24 December 2020." (ECF No. 59 at 2.)

After considering the totality of the circumstances of this litigation, including the early stage of this litigation, whether a stay would cause undue prejudice or present a clear disadvantage to Plaintiff, and whether a stay will simplify the issues in question and the trial of the case, the Court determines that staying the case will best conserve judicial and party resources. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936). Accordingly, the Court **GRANTS** Defendants' Motion to Stay (ECF No. 57). The Court hereby **ORDERS** as follows:

1. All proceedings in this action are **STAYED** pending resolution of the Hong Kong Court proceeding.

2. The Parties **SHALL FILE** a joint status report in this Court within <u>one hundred and twenty (120) days from the date this order is electronically docketed</u> or within <u>fourteen (14) days of the conclusion of the proceedings before the Hong Kong Court</u>, whichever is sooner.

3. The Court recognizes that the posture of this case will likely be different after the stay is lifted. Therefore, the Court **DENIES WITHOUT PREJUDICE** the pending motions and their related motions to seal in this matter (ECF Nos. 12, 14, 32, 33, 39, 41, 51, 54, 56, 60). The Parties are granted leave to refile these motions, if still relevant, after the stay is lifted.

4. The Court **VACATES** the hearings on Plaintiff's Motion for Preliminary Injunction (ECF No. 14) and Defendants' Motion to Dismiss (ECF No. 56), scheduled for January 21, 2021 and February 11, 2021, respectively.

**IT IS SO ORDERED.**

Dated: January 19, 2021

Hon. Janis L. Sammartino
United States District Judge