UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG-DONG FU, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZHI YANG, an individual; BVCF MANAGEMENT, LTD.; CUREPHARMA LTD.; and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2050 JLS (AHG)<br><br>**ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT** |

　　　On January 19, 2021, the Court stayed this action pending resolution of the Hong Kong Court proceeding. ECF No. 63. The Parties filed a joint status report on February 26, 2021, informing the Court that the Hong Kong Court issued an order restraining Plaintiff Xiang-Dong Fu from, *inter alia*, proceeding substantively with this matter. ECF No. 64. The Parties stated that they "dispute the effect of the Hong Kong Court order on this Court's proceedings." *Id.*

　　　Based on the foregoing, the Court **ORDERS** the Parties to file a joint status report updating the Court on the status of any foreign proceedings related to this matter. In addition, the Parties should include their positions on (1) the effect of the Hong Kong Court

order on this Court's proceedings; and (2) how to proceed with the present litigation. The Parties **SHALL FILE** this joint status report, not to exceed ten (10) pages, <u>on or before July 2, 2021.</u>

    **IT IS SO ORDERED.**

Dated: June 14, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge